UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2019

RAYMOND J. PARDO,

                  Plaintiff,

        -against-

KIRSTJEN NIELSEN,

                 Defendant.

-----------------------------------------------------------X

19 Civ. 616 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the case management conference, scheduled for December 19, 2019, is CANCELED.

Dated: December 16, 2019
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**