```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                            :
RAYMOND J. PARDO,                           :
                         Plaintiff,         :
                                            :     19 Civ. 616 (LGS)
            -against-                       :
                                            :     ORDER
KIRSTJEN NIELSEN,                           :
                         Defendant.         :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/08/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a status conference is scheduled for **January 9, 2020, at 10:40 a.m.** It is hereby

**ORDERED** that the status conference shall occur in Courtroom 110 of the of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York.

Dated: January 8, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**