**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

RAYMOND J. PARDO,

                            Plaintiff,                      19 **CIVIL** 616 (MKV)

        -against-                                     **JUDGMENT**

KIRSTJEN NIELSEN, *Secretary, Department of Homeland Security*,

                            Defendant.

------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 24, 2021, Defendant's motion for summary judgment [ECF #44] is GRANTED, and Pardo's cross-motion [ECF #59] is DENIED. Because the Court grants summary judgment to Defendant on all of the claims asserted in the Third Amended Complaint, this case is closed.

**Dated:**  New York, New York
           March 25, 2021

                                                     **RUBY J. KRAJICK**
                                                     _____
                                                     **Clerk of Court**
                                **BY:**
                                                       **Deputy Clerk**