WOLIN & WOLIN
Attorneys at Law
420 Jericho Turnpike - Suite 215
Jericho, New York 11753
Telephone: (516) 938-1199
Facsimile: (516) 938-1178
E-Mail: wolinlaw@aol.com

Jerold Wolin
Alan E. Wolin

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/2021

May 20, 2021

*Via ECF*

Honorable Mary Kay Vyskocil
U.S. District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Granted. SO ORDERED.**

Date: May 25, 2021
New York, New York

Mary Kay Vyskocil
United States District Judge

Re:  *Pardo v. Nielsen, 19 Civ. 616 (MKV)*

Dear Judge Vyskocil:

This office represents the Plaintiff, Raymond J. Pardo, with respect to the above referenced action. On March 24, 2021, the Court issued an Opinion and Order Granting Summary Judgment to Defendant. On March 25, 2021, the Clerk of Court entered a Judgment. The time within which Plaintiff may file a Notice of Appeal expires on Monday, May 24, 2021.

With the consent of defendant's counsel, AUSA Alexander Hogan, Plaintiff hereby moves, pursuant to Federal Rule of Appellate Procedure 4(a)(5) for an extension of time of thirty (30) days, or until June 23, 2021, within which he may file a Notice of Appeal.

In support of this application, Plaintiff notes that he is contemplating filing a Notice of Appeal. However, on May 19, 2021 I sent a letter to Mr. Hogan proposing a final resolution of all issues between the parties. Mr. Hogan was hopeful and stated he would pass along the offer to the Agency. However, he could not guarantee that the Agency would respond within the next two days. Therefore, both sides have agreed that this application, on consent, be made in order to give the parties an opportunity to resolve the matter without any further court involvement.

Your Honor's favorable consideration of this application will be appreciated.

Respectfully yours,

*Alan E. Wolin*

ALAN E. WOLIN

cc:   AUSA Alexander Hogan (via ECF)